# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Kevin Sanders

                            Plaintiff,

v.                                                       Case No.: 1:15−cv−02050

                                                                    Honorable Sara L. Ellis

1550 Condominium Association, et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 19, 2015:

      MINUTE entry before the Honorable Sara L. Ellis: Pursuant to Notice of Dismissal [11], this action is dismissed with prejudice, with each side to bear its own costs and attorneys' fees. Civil case terminated. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.